## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CAROLYN ANN WILLIS SWEET,** | |
| **Plaintiff,** | |
| **-v-** | **MDL No. 2973** |
| | **Case No. 2:20-md-02973-BRM-ESK** |
| **JANSSEN RESEARCH & DEVELOPMENT f/k/a JOHNSON & JOHNSON RESEARCH & DEVELOPMENT LLC, ORTHO-MCNEIL PHARMACEUTICAL LLC, JANSSEN PHARMACEUTICALS INC f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICAL LLC f/k/a/ JANSSEN PHARMACEUTICAL, INC., TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D INC. f/k/a TEVA GLOBAL RESPIRATORY RESEARCH LLC f/k/a IVAX RESEARCH LLC f/k/a IVAX RESEARCH INC. f/k/a IVAX LABORATORIES INC. f/k/a BAKER NORTON PHARMACEUTICALS INC., and JOHNSON & JOHNSON** | **Case No. 2:23-CV-00214-BRM-ESK** |
| **Defendants.** | |

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Carolyn Ann Willis Sweet, together with the above-captioned Defendants, by and through their respective counsel of record, that the claims of Plaintiff, Carolyn Ann Willis Sweet, be dismissed with prejudice and that Plaintiff be dismissed as a party to this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own costs.

Date: May 23, 2025

*Attorneys for Plaintiff*

*s/ Eric D. Holland*
Eric D. Holland
Holland Law Firm
211 N. Broadway, Suite 2625
St. Louis, MO 63102
314-241-8111
eholland@hollandtriallawyers.com

*Attorney for Defendants*

*s/ Michael C. Zogby*
Michael C. Zogby
Barnes & Thornburg, LLP
67 East Park Place, Suite 1000
Morristown, NJ 07960
973-775-6110
Michael.Zogby@btlaw.com

Kristen R. Fournier
King & Spalding
1185 Avenue of the Americas,
35th Floor
New York, New York 10036
kfournier@kslaw.com

**CERTIFICATE OF SERVICE**

I, Eric D. Holland, hereby certify that May 23, 2025, I filed a copy of the foregoing document via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record. The document is available for viewing and downloading from that system.

*s/ Eric D. Holland*
Eric D. Holland


SO ORDERED:


*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: MAY 23, 2025